United States District Court
Eastern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ANTONIO SERRANO CHAVARIA (A No. 201 465 057), | Case No.   1:26-cv-1157-DJC-CKD |
| Petitioner, | |
| v. | **RELATED CASE ORDER** |
| WARDEN OF THE CALIFORNIA CITY ICE DETENTION FACILITY, et al., | |
| Respondents. | |
| JONATHAN ANTONIO SERRANO CHAVARRIA, | Case No.   1:26-cv-03693-EJD |
| Petitioner, | |
| v. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al., | |
| Respondents. | |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to affect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

Case No.: 1:26-cv-03693-EJD

IT IS THEREFORE ORDERED that the action denominated 1:26-cv-03693-EJD is reassigned to District Judge Daniel J. Calabretta and Magistrate Judge Carolyn K. Delaney, and the caption shall read 1:26-cv-03693-DJC-CKD. Any dates currently set in 1:26-cv-03693-EJD are hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 19, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Eastern District of California

Case No.: 1:26-cv-03693-EJD

2